# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| ANTONETTE RAMON PHILLIPS, | |
| Plaintiff, | CIVIL ACTION NO.: 5:19-cv-105 |
| v. | |
| TIMOTHY WARD, et al., | |
| Defendants. | |

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 9, to which Plaintiff filed Objections. Dkt. No. 11.

Plaintiff's Objections, while responsive to the Magistrate Judge's Report and Recommendation, are conclusory and lack merit. For example, Plaintiff asserts Defendants Ward, Sauls, Lewis, Upton, Webb, Stone, Williams, and Stewart should be held liable based on their supervisory positions but fails—as he did in his original Complaint—to articulate how any of these Defendants were directly or indirectly involved in violating his constitutional rights. Dkt. No. 11, pp. 3-4. As such, Plaintiff's Objections are **OVERRULED**.

AO 72A
(Rev. 8/82)

The Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DISMISSES** Plaintiff's Eighth Amendment deliberate indifference claims against Defendants Ward, Sauls, Lewis, Upton, Webb, Stone, Williams, Stewart, and Davis in their individual and official capacities and against Wellpath, LLC. Plaintiff's deliberate indifference claims remain pending against Defendants Augustin and Wright.

**SO ORDERED**, this _28_ day of _May_, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)