FILED
John E. Triplett, Acting Clerk
United States District Court
By CAsbell at 1:21 pm, Jul 08, 2020

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| ANTONETTE RAMON PHILLIPS, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:19-cv-105 |
| | * | |
| v. | * | |
| | * | |
| GUY AUGUSTIN; SONJA WRIGHT; and JOHN/JANE DOES, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 15. Plaintiff did not file Objections to this Report and Recommendation and, indeed, requested the Court dismiss the unidentified Doe Defendants remaining in this case. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation and **DISMISSES** all claims against the remaining Doe Defendants.

SO ORDERED, this ____8____ day of ___July___, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)