FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 10:46 am, Jul 20, 2020

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| ANTONETTE RAMON PHILLIPS, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:19-cv-105 |
| | * | |
| v. | * | |
| | * | |
| DR. GUY AUGUSTIN; and SONJA WRIGHT, | * | |
| | * | |
| Defendants. | * | |

## ORDER

Plaintiff filed a 42 U.S.C. § 1983 Complaint and alleged Defendants violated his constitutional rights. Dkt. No. 1. The Court directed service of Plaintiff's Complaint on Defendants, dkt. no. 10, and Defendants moved to dismiss Plaintiff's Complaint, dkt. no. 23. Plaintiff has now filed a Motion to Dismiss his Complaint. Dkt. No. 28.

The Court considers Plaintiff's Motion under Federal Rule of Civil Procedure 41(a)(2). Rule 41(a)(2) provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. Unless the order states otherwise, a dismissal under this paragraph . . . is without prejudice." Upon due consideration, the Court **GRANTS** Plaintiff's Motion to Dismiss his § 1983 Complaint voluntarily.

The Court **DISMISSES without prejudice** Plaintiff's Complaint and **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case. The Court **DENIES as moot** Defendants' Motions to Dismiss and Stay. Dkt. Nos. 23, 24.

    **SO ORDERED**, this ___20___ day of ___July___, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2