AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANTONETTE RAMON PHILLIPS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV519-105

DR. GUY AUGUSTIN; and SONJA WRIGHT,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 20th day July 2020, granting Plaintiff's Motion to Dismiss, Judgment is hereby entered dismissing without prejudice Plaintiff's Complaint. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: July 21, 2020

John E. Triplett, Acting Clerk
Clerk

_Candy Asbell_
(By) Deputy Clerk



GAS Rev 10/1/03